UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ROMAINE, INCORPORATED, | ) | CASE NO. 10-31486 |
| | ) | |
| Debtor. | ) | CHAPTER 11 |

### MUTUAL BANK'S WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL

In accordance with the Court's Order dated May 19, 2010, Mutual Bank (formerly known as MFB Financial), by its counsel of record, submits the following list of witnesses and exhibits that it may use at the hearing on Debtor's Emergency Motion for Use of Cash Collateral set for Tuesday, June 1, 2010.

**I.   WITNESSES**

1. John Levy, Debtor's insider and sole shareholder.

2. Designated representative of Mutual Bank, Donald R. Kyle or Charles J. Viater.

3. Any witness listed by any other party to this proceeding.

4. Any witness called upon for impeachment or rebuttal purposes.

**II.   EXHIBITS**

1. Forbearance Agreement dated September 8, 2006.

2. Extension to Forbearance Agreement dated February 20, 2007.

3. Guaranty dated March 12, 2002.

4. Guaranty dated December 2, 2004.

1

5. Guaranty dated December 2, 2005

6. Promissory Note dated March 12, 2002.

7. Promissory Note dated December 30, 2004.

8. Commercial Security Agreement dated December 30, 2004.

9. Commercial Security Agreement dated March 12, 2002.

10. Real Estate Mortgage dated March 12, 2002, recorded March 27, 2002.

11. Real Estate Mortgage dated March 12, 2002, recorded March 28, 2002.

12. All UCC financing statements and continuations related to the Debtor filed by Mutual Bank (including by MFB Financial) with the Indiana Secretary of State.

13. Any exhibit listed by any other party to this proceeding

14. Any exhibit needed for impeachment or rebuttal purposes.

Respectfully submitted by:

/s/ Steven L. Hostetler, Esq.
Steven L. Hostetler, Esq. (#8346-71)
Thorne Grodnik, LLP
P.O. Box 1210
Mishawaka, Indiana 46546-1210
Telephone: (574) 256-5660
*Attorney for Mutual Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of May, 2010, the above and foregoing filing was served electronically via the Clerk's ECF system or via United States mail, with sufficient first class postage affixed thereto, to the following:

Alexander L. Edgar, Esq.
Office of the U.S. Trustee
One Michiana Square, 5th Floor

2

100 E. Wayne Street
South Bend, IN 46601

John S. Hosinski, Esq.
502 W. Washington
South Bend, IN 46601

Jeffery A. Johnson, Esq
Trevor Q. Gasper, Esq.
MAY OBERFELL LORBER
4100 Edison Lakes Parkway
Mishawaka, IN 46544

/s/    Steven L. Hostetler, Esq.
       Steven L. Hostetler, Esq.

3